No. 23-16039

# United States Court of Appeals
# for the Ninth Circuit

ANDREW U. D. STRAW,
  *Appellant,*

  *v.*

UNITED STATES,                                        ORAL ARGUMENT
  *Appellee.*                                         NOT REQUESTED

Appeal from the United States District Court for
the Northern District of California,
San Francisco Division
Case No. 3:23-cv-2265-TLT
The Honorable Judge Trina L. Thompson

MOTION RE APPARENT 28 U.S.C. § 455 DISQUALIFICATION ISSUES

Andrew U. D. Straw, *Proceeding Pro Se*
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com

9169 W STATE ST #690
Garden City, ID 83714

I, *Appellant* Andrew U. D. Straw, make this MOTION:

1. Upon investigation, I have discovered that the only active judge on my panel, Judge Koh, served as **legal counsel** (many years of service for the Justice Department) **for my appellee**, the United States.

2. 28 U.S.C. § 455(a) appears to require that Judge Koh disqualify because she represented my opponent previously and for many years including on legislative matters. She has duties to that former client that are not consistent with judging this case against that client on the Constitution, which **created that client** and **governs and limits it**.

3. A federal judge has disqualified previously from one of my cases in New York because he was previously an officer in the Marine Corps and I was suing over injuries the Marine Corps ultimately caused me, at its root, with the defamatory and discriminatory assistance of others because of my Camp LeJeune mental disabilities. He found my objections to be "sincere."

    https://storage.courtlistener.com/recap/gov.uscourts.ca4.173243/gov.uscourts.ca4.173243.61.2.pdf

4. My objection here is equally sincere.

5. I bring this to the attention of the panel members so they can decide how to proceed. My motion is to consider this apparent conflict for bias and take any action appropriate. For guidance, please see: *Schmitz v. Zilveti*, 20 F. 3d 1043 (9th Cir. 1994); *Cord v. Smith*, 370 F. 2d 418, 422 (9th Cir. 1966).

6. *Liteky v. United States*, 510 U.S. 540, 558, 114 S.Ct. 1147, 127 L.Ed.2d 474 (1994) (KENNEDY, J., concurring in judgment) ("[U]nder [28 U.S.C.] § 455(a), a judge should be disqualified only if it appears that he or she harbors an aversion, hostility or disposition of a kind that a fair-minded person could not set aside when judging the dispute").

7. Neither of the senior judges on my panel have this issue, apparently.

8. If Hon. Koh does disqualify, the affirmance memorandum ORDER was done without any active judges from the other 28 available. My Dkt. 20 petition for rehearing *en banc* is appropriate under such circumstances. Given the importance of my case and appeal to everyone in the USA who may want a merits decision from the U.S. Supreme Court and of course lawyers defending their law licenses from state abuses, an *en banc* decision is even more critical.

WHEREFORE, I MOVE for Hon. Koh to consider disqualifying for her long DOJ service which may create a real risk of bias against someone like me who asks that a law be found unconstitutional on such important questions as access to the U.S. Supreme Court. After all, she worked in the Office of Legislative Affairs as a "Special Counsel" from what I could glean of her background. I would have brought this issue up much earlier if the identity of my panel members had been revealed to me prior to affirmance. There is an appearance now that the current DOJ doesn't appear or take any interest in this case against its client because it can rely on a former DOJ lawyer turned appellate judge who worked on legislative issues at DOJ to rule against me on a statutory interpretation appeal. That's not good.

3

I, Andrew U. D. Straw, verify that the above statements are true and correct on penalty of perjury. I further certify as true and correct that the above countable words of the motion consist of **520 words**. **March 29, 2024.**

Respectfully,

ANDREW U. D. STRAW
9169 W STATE ST #690
Garden City, ID 83714
(847) 807-5237
andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed this PETITION with the Clerk of Court via CM/ECF and that system will serve all parties and counsel of record associated with this appeal. Done this **29th day of March, 2024**.

Respectfully,

ANDREW U. D. STRAW
9169 W STATE ST #690
Garden City, ID 83714
(847) 807-5237
andrew@andrewstraw.com