**FILED**

JUL 10 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREW U.D. STRAW, Esquire,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant-Appellee. | No. 23-16039<br><br>D.C. No. 3:23-cv-02265-TLT<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: TASHIMA, SILVERMAN, and KOH, Circuit Judges.

Straw's motion to disqualify (Docket Entry No. 21) is denied.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

Straw's petition for rehearing en banc (Docket Entry No. 20) is denied.

No further filings will be entertained in this closed case.

OSA182