| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUL 18 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ANDREW U.D. STRAW, Esquire,

        Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

No. 23-16039

D.C. No. 3:23-cv-02265-TLT
U.S. District Court for Northern California, San Francisco

**MANDATE**

The judgment of this Court, entered March 28, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                        FOR THE COURT:

                                        MOLLY C. DWYER<br>                                        CLERK OF COURT